1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| JOHN HATHERLEY, | Case No.: 2:09-cv-04040-DSF-PLA |
| --- | --- |
| Plaintiff, | Pre-Trial Date: 12/14/10<br>Trial Date: 01/19/11<br>Action Filed : 04/27/09 |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; UNUMPROVIDENT CORPORATION; DOES 1 through 100, inclusive, | **PROTECTIVE ORDER RE RECORDS PRODUCED BY DENNIS SPERRY**<br><br>[Lodged Concurrently with:<br>- Stipulation.] |
| Defendants. | |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER

Good cause having been shown within the parties' Stipulation for Protective Order regarding non-disclosure of confidential information, the Court orders that the handling of confidential documents or information produced or disclosed by Dennis Sperry in response to the subpoena issued by Barger & Wolen LLP shall be governed by the terms of the parties' Stipulation for Protective Order.

**IT IS SO ORDERED.**

DATED: June 16, 2010

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE