JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOHN HATHERLEY, | Case No.: CV 09-4040 DSF (PLAx) |
| Plaintiff, | Action Filed : 04/27/09 |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; UNUM PROVIDENT CORPORATION; DOES 1 through 100, inclusive, | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]** |
| Defendants. | |

# **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action, against Unum Life Insurance Company of America, Provident Life and Accident Insurance Company, and Unum Group, is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own fees and costs.

DATED: 9/7/10

_____
THE HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1

09-cv-03204-CAS (Ex)